UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.                                        Case No. 8:24-cr-68-KKW-TGW

TIMOTHY BURKE,
    *Defendant*

## UNITED STATES' NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Eleventh Circuit the orders entered in this action on September 25, 2025, Doc. 217, and on October 20, 2025, Doc. 226.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

        DAVID P. RHODES
        Assistant United States Attorney
        Chief, Appellate Division

By:    *s/ Jay G. Trezevant*
        JAY G. TREZEVANT
        Assistant United States Attorney
        Florida Bar No. 0802093
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: jay.trezevant@usdoj.gov

        *s/ Adam J. Duso*
        ADAM J. DUSO
        Assistant United States Attorney
        Florida Bar No. 1026003
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:   (813) 274-6000
        Facsimile:     (813) 274-6358
        E-mail: adam.duso@usdoj.gov

| | |
|---|---|
| **U.S. v. Timothy Burke** | **Case No. 8:24-cr-68-KKW-TGW** |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    MICHAEL P. MADDUX, ESQ.
    MARK D. RASCH, ESQ.

                                                                       /s/ *Jay G. Trezevant*
                                                                       JAY G. TREZEVANT
                                                                       Assistant United States Attorney