# In the United States Court of Appeals
# for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
    *Plaintiff-Appellant*,

v.    No. 25-13969-D

TIMOTHY BURKE,
    *Defendant-Appellee*

---

## United States' Certificate of Interested Persons and Corporate Disclosure Statement

The following persons and entities have an interest in the outcome of this case:

1. American Civil Liberties Union, amicus curiae;

2. American Civil Liberties Union of Florida, amicus curiae;

3. Barber, Hon. Thomas P., United States District Judge;

4. Brown, Bruce D., Esq.;

5. Burke, Timothy, defendant-appellee;

6. Duso, Adam John, Assistant United States Attorney;

7. Florida First Amendment Foundation, amicus curiae;

8. Flynn, Hon. Sean P., United States Magistrate Judge;

9. Foundation for Individual Rights and Expression, amicus curiae;

10. Gershow, Holly L., Assistant United States Attorney, Chief, Appellate Division;

11. Gonzalez, Jason Brent, Esq.;

12. Granick, Jennifer, Esq.;

13. Handberg, Roger B., former United States Attorney;

14. Hoppmann, Karin, Assistant United States Attorney;

15. Jung, Hon. William F., United States District Judge;

16. Kehoe, Gregory W., United States Attorney;

17. LoCicero, Carol J., Esq.;

18. Maddux, Michael P., Esq.;

19. Mizelle, Hon. Kathryn Kimball, United States District Judge;

20. Muench, James A., Assistant United States Attorney;

21. National Press Club, amicus curiae;

22. National Press Club Journalism Institute, amicus curiae;

23. Philipson, Jon M., Esq.;

24. Porcelli, Hon. Anthony E., United States Magistrate Judge;

25. Rasch, Mark D., Esq.;

26. Reporters Committee for Freedom of the Press, amicus curiae;

27. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

28. Sansone, Hon. Amanda A., United States Magistrate Judge;

29. Sweeney, Sara C., former Acting United States Attorney;

30. Tilley, Daniel Boaz, Esq.;

United States v. Timothy Burke
No. 25-13969-D

31. Trezevant, Jay G., Assistant United States Attorney; and

32. Wilson, Hon. Thomas G., United States Magistrate Judge.

No publicly traded entity has an interest in the outcome of this appeal.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By:   *s/ Karin Hoppmann*
      KARIN HOPPMANN
      Assistant United States Attorney
      Appellate Division
      Florida Bar No. 122402
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602
      (813) 274-6000
      karin.hoppmann@usdoj.gov

## Certificate of Service

I certify that on November 24, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>MICHAEL MADDUX, ESQ.
>*Counsel for Timothy Burke*

>*s/ Karin Hoppmann*
>KARIN HOPPMANN
>Assistant United States Attorney

p_Burke, Timothy_US CIP kbh.docx