UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

Appellant,

v.　　　　　　　　　　　　　　　　　　Appeal No.  25-13969

TIMOTHY BURKE,

Appellee.

**DEFENDANT/APPELLEE**
**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**
**DISCLOSURE STATEMENT**

Undersigned counsel for Defendant/Appellee Timothy Burke hereby certifies that the following individuals, entities, and organizations have an actual or potential financial or professional interest in the outcome of this appeal:

1. ABC, Inc., 80% Owner of ESPN Inc. - Designated as Corporate Victim
2. Ares Management's private equity group, co-owner of Extreme Reach, Inc. (ARES)
3. American Civil Liberties Union (ACLU) – Amicus Curiae below.
4. American Civil Liberties Union Foundation of Florida, Inc. – Amicus Curiae below.
5. Alphabet Inc., corporate parent of YouTube and Google (GOOGL)
6. Barber, Hon. Thomas P. – U.S. District Judge.
7. Basketball Club of Seattle, LLC
8. BBC (British Broadcasting Corporation)– Corporate Victim
9. Brown, Bruce D., Esq.
10. Burke, Timothy – Defendant–Appellee.

11. Canadian Broadcasting Corporation – Corporate Victim
12. Carlson, Tucker, Individual Victim
13. CBS Broadcasting Inc. – Corporate Victim
14. CBS Entertainment Group – Parent Corporation of CBS Broadcasting, Inc.
15. Comcast Corporation (CMCSA) – Corporate Parent of NBCUniversal Media, LLC.
16. Duso, Adam John, Assistant United States Attorney.
17. Electronic Arts, Inc., (EA) - Corporate Parent of EA Sports
18. Electronic Arts Sports (EA Sports) – Corporate Victim.
19. Electronic Privacy Information Center (EPIC)
20. ESPN Inc. – Corporate Victim
21. Extreme Reach Inc. – Corporate Victim
22. First Amendment Lawyers Association (FALA)
23. Flynn, Hon. Sean P., United States Magistrate Judge.
24. Fox Corporation (FOX, FOXA)– Corporate Victim
25. Fox News Network, LLC – Corporate Victim
26. Fox News Producers and On-Air Talent
27. Fox Sports Media Group, Inc. – Corporate Victim
28. Gamut Capital Management, L.P., corporate co-owner of Extreme Reach, Inc.
29. Geist, Willie – MSNBC (MSNOW) anchor – Individual Victim.
30. Gershow, Holly L., Assistant United States Attorney, Chief, Appellate Division.
31. Gonzalez, Jason Brent, Esq.
32. Gospel Broadcast Network, Inc. – Corporate Victim
33. Granick, Jennifer, Esq.
34. Grossberg, Abby
35. Grupo Televisa, S.A.B. (TV) – Corporate Owner of TelevisaUnivision, Inc.
36. Hearst Communications Inc. – Corporate Victim
37. Hoppman, Karin, Assistant United States Attorney.
38. Internet Accountability Project
39. Jung, Hon. William F., United States District Judge.
40. Kehoe, Gregory W., United States Attorney.
41. "Kanye 2020" – FEC Campaign Committee formed for Kanye West.
42. Last Country Inc. – Employer of Tucker Carlson.

43. LiveU Inc. – Corporate Victim
44. LiveU Ltd. – Israeli Company, Corporate Victim
45. LoCicero, Carol J., Esq.
46. Maddux, Michael P. – Counsel for Appellee (Michael P. Maddux, P.A.).
47. Meta Platforms, Inc. (META) – Corporate Victim.
48. Mizelle, Hon. Kathryn Kimball – U.S. District Judge.
49. MSNBC (renamed MSNOW) – Corporate Victim
50. National Basketball Association (NBA) – Corporate Victim
51. National Football League (NFL) – Corporate Victim
52. NBCUniversal Media, LLC (CMCSA)– Corporate Owner of MSNBC (now MSNOW).
53. Paramount Global (PARA) – Corporate Victim.
54. Paramount Skydance Corp., Parent Corporation of CBS Entertainment Group, Inc.
55. Philipson, Jon M., Esq.
56. Pizzo, Greg – Assistant United States Attorney
57. Porcelli, Hon. Anthony E., - United States Magistrate Judge.
58. Professional Basketball Club LLC (PBC) – Corporate Owner of the former NBA Team "Seattle Supersonics"
59. Rasch, Mark D. – Counsel for Appellee (Law Office of Mark Rasch).
60. Reporters Committee for Freedom of the Press (RCFP) – Filed Statement of Interest below.
61. Sansone, Hon. Amanda A., United States Magistrate Judge.
62. Schultz, Howard
63. Society of Professional Journalists (SPJ)
64. Televisa Mexico – Corporate Victim
65. TelevisaUnivision Inc. – Corporate Victim.
66. The Carlyle Group (CG) – Corporate Parent of LiveU Ltd.
67. The Rutherford Group, Inc. – Owner of WGNS Radio – Corporate Victim.
68. The Walt Disney Company (DIS) – Parent Company of ABC, Inc., Corporate Victim.
69. Tilley, Daniel Boaz, Esq.
70. Trezevant, Jay G., Assistant United States Attorney.
71. TVEyes – Corporate Victim
72. TVU Mediasource – Corporate Victim

73. U.S. Attorney's Office for the Middle District of Florida – Counsel for Appellant.
74. U.S. Department of Justice, Criminal Division, CCIPS – Counsel for Appellant.
75. United States of America – Plaintiff–Appellant.
76. Versant - Corporate owner of MSNOW and subsidiary of Comcast Corp.
77. Warner Bros. Discovery, Inc. (WBD) – Corporate Victim.
78. Wells, Justin
79. West, Kanye "Ye" – Individual Victim.
80. Wilson, Hon. Thomas G. – U.S. Magistrate Judge.
81. X Corp. (Twitter) – Corporate Victim.
82. YouTube LLC / Google LLC (GOOGL)– Corporate Victim.

Undersigned counsel further certifies that no publicly traded company or corporation owns 10 percent or more of any entity involved in this appeal or otherwise has a financial interest in its outcome, within the meaning of 11th Cir. R. 26.1-2(b).

Dated: December 9, 2025

Respectfully submitted,

*s/ Michael P. Maddux*
Michael P. Maddux, Esq.
Florida Bar No. 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606
(813) 253-3363
Email: mmaddux@madduxattorneys.com


Counsel for Defendant–Appellee Timothy Burke