No. 25-13969-DD

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v.

TIMOTHY BURKE,
*Defendant-Appellee*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:24-CR-68-KKM-TGW-1

## UNITED STATES' UNOPPOSED
## MOTION FOR EXTENSION OF TIME

GREGORY W. KEHOE
United States Attorney

KARIN HOPPMANN
Assistant United States Attorney
Appellate Division
Florida Bar No. 122402
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

January 21, 2026

# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
 *Plaintiff-Appellant*,

v.                No. 25-13969-DD

TIMOTHY BURKE,
 *Defendant-Appellee*.

### United States' Unopposed Motion for Extension of Time

 The United States respectfully requests an extension of time of 90 days, until April 21, 2026, to file its brief in this case. The brief for the United States is presently due on January 21, 2025. This is our second request for an extension of time (the first was a telephonic request). The requested additional time is necessary for these reasons:

 1. This is a government interlocutory appeal of an order dismissing with prejudice a portion of an indictment. The appeal therefore necessitates coordination with, and approvals from, components other than the United States Attorney's Office for the Middle District of Florida. The Solicitor General for the United States issues final approval for any government appeal.

 2. Undersigned counsel is the attorney primarily responsible for completing the United States' brief, once all approvals occur. Currently,

2

undersigned counsel also is responsible, over the next 30 days, for filing briefs in *United States v. Chester & King*, No. 24-13980 (currently due to be filed January 23, 2026), *United States v. Wiles*, No. 25-11140 (currently due to be filed January 30, 2026); *United States v. Fonseca-Flores*, Nos. 25-10983 & 25-11936 (currently due to be filed February 6, 2026); *United States v. Severino*, No. 25-13996 (currently due to be filed February 13, 2026), and *United States v. Hubbard*, No. 25-13048 (currently due to be filed February 17, 2026); and also for reviewing briefs in *United States v. Wien*, No. 25-10685 (currently due to be filed February 6, 2026), *United States v. Vasquez-Carcamo*, No. 26-10043 (currently due to be filed February 17, 2026), *Woodhouse v. Commissioner*, No. 25-13048 (currently due to be filed February 18, 2026), and *United States v. Romero*, No. 25-12481 (currently due to be filed February 19, 2026).

  3. The defendant-appellee in this criminal case is not incarcerated or detained.

  4. The district court has stayed proceedings pending this appeal.

  5. Opposing counsel does not oppose the motion.

Therefore, the United States requests an extension of time of 90 days, until April 21, 2026, in which to file its opening brief.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By:   *s/ Karin Hoppmann*
      KARIN HOPPMANN
      Assistant United States Attorney
      Appellate Division
      Florida Bar No. 122402
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602
      (813) 274-6000
      karin.hoppmann@usdoj.gov

**Certificate of Compliance with Type-Volume Limitation**

This motion, which contains 347 countable words, complies with Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

## Certificate of Service

I certify that on January 21, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> MICHAEL MADDUX, ESQ.
> *Counsel for Timothy Burke*

*s/ Karin Hoppmann*
KARIN HOPPMANN
Assistant United States Attorney
