UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**United States of America,**

**Plaintiff–Appellee,**

**V.**                                                                      **No. 25-13969-DD**

**Timothy Burke,**

    **Defendant–Appellant.**

_____/

## APPELLEE BURKE'S CONFERRAL CLARIFICATION

    Counsel submits this conferral clarification. The government's extension motion seeks 90 days. When consulted about the extension at the end of to day on January 21, 2026, counsel did not object and understood government counsel's many deadlines initiated and supported the request. Counsel sought to be professionally considerate and accommodating. Subsequently, as should have been more effectively considered at the time of the conferral, counsel considered his client's ongoing pretrial release that lingers with the case stay accompanying this appeal and the case's overall negative impact on his ability to work as a journalist. Ultimately, while counsel agreed to the 90 day extension, 30 days may be the most equitable relief.

Dated: January 23, 2026

Respectfully submitted,

*s/ Michael P. Maddux*
Michael P. Maddux, Esq.
Florida Bar No. 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606
(813) 253-3363
Email: mmaddux@madduxattorneys.com


Counsel for Defendant–Appellee Timothy Burke

## Certificate of Service

I certify that on January 23, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Karin Hoppmann, Assistant United States Attorney.


*s/ Michael P. Maddux*
Michael P. Maddux, Esq.