# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13969
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellant,*

*versus*

TIMOTHY BURKE,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cr-00068-KKM-TGW-1
_____

ORDER:

The motion for an extension of time to and including April 21, 2026 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE