# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 09, 2026

Karin Bethany Hoppmann
DOJ-USAO
Appellate Division
400 N TAMPA ST STE 3200
TAMPA, FL 33602

U.S. Attorney Service - Middle District of Florida
DOJ-USAO
Appellate Division
400 N TAMPA ST STE 3200
TAMPA, FL 33602

Appeal Number:  25-13969-DD
Case Style:  USA v. Timothy Burke
District Court Docket No:  8:24-cr-00068-KKM-TGW-1

The briefing schedule in the referenced appeal(s) is hereby rescinded for the following reason(s):

Transcripts Ordered

When the above matter(s) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal.

Electronic Filing

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action