No. 25-13969-DD

In the
# United States Court of Appeals
# for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v.

TIMOTHY BURKE,
*Defendant-Appellee*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:24-CR-68-KKM-TGW-1

## UNITED STATES' MOTION FOR EXTENSION OF TIME PENDING AUTHORIZATION OF APPEAL

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division
Florida Bar No. 438741
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

June 15, 2026

# In the United States Court of Appeals
# for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
  *Plaintiff-Appellant*,

v.                                                              No. 25-13969-DD

TIMOTHY BURKE,
  *Defendant-Appellee*

---

## United States' Motion for Extension of Time
## Pending Authorization of Appeal

The United States respectfully moves for an extension of time to file its opening brief, pending the determination by the Solicitor General of the United States or his designee as to whether this government appeal should proceed. Our brief is currently due on June 15, 2026. We request an additional 45 days, until July 30, 2026, within which to file our brief. We will immediately notify the court when the Solicitor General makes his determination, and, if he does not authorize this appeal, we will immediately ask this Court to dismiss the appeal. Counsel for appellee Burke opposes this motion.

1.    The district court entered orders on September 25, 2025, and October 20, 2025, Docs. 217, 226, and they are appealable by the United States under 18 U.S.C. § 3742(b). The United States timely filed a notice of appeal.

2

Doc. 229. But the United States' appeal cannot proceed further without authorization by the Solicitor General, which the United States Attorney has not yet obtained. The requested extension is necessary to enable the Solicitor General to determine whether the United States may further prosecute this appeal.

2.     The Solicitor General "[d]etermin[es] whether, and to what extent, appeals will be taken by the Government … ." 28 C.F.R. § 0.20(b); *accord* 18 U.S.C. § 3742(b) (for an appeal of a sentence); *Justice Manual* §§ 2-2.121, 2-2.311, 2-2.600, 9-2.170A. The United States Attorney must report each adverse, appealable decision to the responsible component of the Department of Justice in Washington, D.C., and must recommend whether the decision should be appealed. *Id.* §§ 2-2.110, 2.2.111, 2-2.112, 9-2.170B and D. That component—the Criminal Division in this case—then makes its own recommendation. *Id.* § 9-2.170F; *see id.* § 2-3.110. Attorneys in the Office of the Solicitor General also make a recommendation to the Solicitor General, who decides whether to authorize the appeal. 28 C.F.R. § 0.20(b); *Justice Manual* §§ 2-2.121, 2-2.311, 2-2.600, 9-2.170A. This process is intended to ensure that the United States pursues only those relatively few appeals that the Solicitor General determines should occur.

3.     The United States Attorney immediately reported this adverse decision to the Criminal Division of the Department of Justice, as required,

and submitted his recommendation. The Criminal Division has submitted its own recommendation to the Solicitor General, and lawyers within the Solicitor General's Office also are weighing in. As noted above, the Solicitor General will decide whether this appeal should proceed.

4.     We appreciate that this process has taken a lengthy period of time. The legal issues implicated by the district court's rulings are complex and varied, as are the potential ramifications of those rulings. As mentioned above, the United States will immediately notify this Court of the Solicitor General's determination, and, if the appeal is not authorized, we will move to dismiss this appeal.

5.     This requested extension should provide sufficient time for the Solicitor General to make his decision and to enable the United States to complete and file its brief, if authorized, within any parameters established by the Solicitor General. (Appellate counsel primarily responsible for briefing, AUSA Karin Hoppman, also has to prepare for and present oral argument on June 26, in *United States v. Ponce*, No. 24-13579.) Mr. Burke—who is not detained—has had his conditions of release modified to enable him to travel and to otherwise minimize the effect of this appeal.

For these reasons, the United States requests an extension of time until July 30, 2026, to file our principal brief.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    *s/ David P. Rhodes*
DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division
Florida Bar No. 438741
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
david.rhodes@usdoj.gov

5

## Certificate of Compliance with Type-Volume Limitation

This motion, which contains 591 countable words, complies with Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

# Certificate of Service

I certify that on June 15, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

MICHAEL MADDUX, ESQ.
*Counsel for Timothy Burke*

*s/ David P. Rhodes*
DAVID P. RHODES
Assistant United States Attorney
