In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-13969

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellant,*

*versus*

TIMOTHY BURKE,

*Defendant-Appellee.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cr-00068-KKM-TGW-1

---

Before BRANCH, LAGOA, and KIDD, Circuit Judges.

BY THE COURT:

The government's motion for an extension of time to file Appellant's initial brief is GRANTED. The brief is due 30 days from the date of this order with the appendix due 7 days after the filing of the brief.

Burke's motion to dismiss the appeal for want of prosecution is DENIED.